### Julius Achterberch, Defendant in Error, v. Chicago City Railway Company, Plaintiff in Error.

### Gen. No. 19,695.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. FREDERICK L. FAKE, JR., Judge, presiding. Heard in this court at the October term, 1913. Affirmed. Opinion filed May 25, 1914.

### Statement of the Case.

Action by Julius Achterberch against the Chicago City Railway Company to recover damages for injuries to property and person sustained by plaintiff through a collision between a street car of the defendant and a horse and wagon of the plaintiff. To reverse a judgment entered on a verdict in favor of plaintiff, defendant brings error.

WARREN D. BARTHOLOMEW and A. C. WILD, for plaintiff in error; LEONARD A. BUSBY, of counsel.

McEWEN, WEISSENBACH, SHRIMSKI & MELOAN, for defendant in error; HARRY OKIN, of counsel.

MR. JUSTICE McSURELY delivered the opinion of the court.

*See Illinois Notes Digest, Vols XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

STREET RAILROADS, § 86*—*when recovery for injuries resulting from collision with wagon sustained by the evidence.* In an action against a street railway company to recover for injuries sustained by plaintiff resulting·from a collision between a street car and a horse and wagon driven by plaintiff, where plaintiff's evidence tended to show that plaintiff was driving on a street car track and before he could turn his horse off the track a car approaching from behind struck the wagon causing the horse to jump across the track, and that the car was going from eighteen to twenty-five miles an hour, and did not slacken its speed, *held* that a judgment in favor of plaintiff was sustained by the evidence, there being conflicting stories as to how the accident happened.